**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Criminal No. 07-419(7) (DWF/AJB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Ta Lovan, | |
| Defendant. | |

Christian S. Wilton, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Aaron J. Morrison, Esq., and Peter B. Wold, Esq., Peter B. Wold, PA, counsel for Defendant.

---

This matter is before the Court upon Defendant Ta Lovan's ("Defendant") objections to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated July 1, 2008, recommending that Defendant's Motion to Suppress Search and Seizure of Evidence Obtained at Lovan Residence, Savage, Minnesota, be denied and Defendant's Motion to Suppress Evidence of Electronic Surveillance be denied.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and

precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Defendant's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Defendant Ta Lovan's objections (Doc. No. 200) to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated July 1, 2008, are **DENIED**.

2. Magistrate Judge Arthur J. Boylan's Report and Recommendation dated July 1, 2008 (Doc. No. 181), as it relates to Defendant Ta Lovan, is **ADOPTED**.

3. Defendant Ta Lovan's Motion to Suppress Search and Seizure of Evidence Obtained at Lovan Residence, Savage, Minnesota (Doc. No. 129) is **DENIED**.

4. Defendant Ta Lovan's Motion to Suppress Evidence of Electronic Surveillance (Doc. No. 131) is **DENIED**.


Dated:  September 15, 2008        s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  Judge of United States District Court